**No. 51676.**—Protests 111287–K, etc., of Chas. Hall, Inc. (New York).

Opinion by EKWALL, J. At the trial it was stipulated that the merchandise consists of earthenware articles composed of a nonvitrified absorbent body, not artificially colored and composed wholly of clay, which articles are painted, colored, tinted, stained, enameled, gilded, printed, ornamented, or decorated. In accordance therewith the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 1, 1947

**No. 51677.**—Protest 120627–K of Joseph H. Meyer Bros. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

BEFORE THE SECOND DIVISION, MAY 1, 1947

**No. 51678.**—Protest 80472–K of Nippon Dry Goods Co. (San Francisco).

Opinion by TILSON, J. The record showed that item "23/4 200 dzs. Emb'd Rayon Thread Crochet Baby Shoes" consists of footwear with a distinct line of demarcation between the upper and the sole. The Government submitted that this merchandise falls within the provisions of paragraph 1530 (e). Upon the established facts and following *United States* v. *Kahn* (13 Ct. Cust. Appls. 57, T. D. 40881) the claim of the plaintiff was sustained.

**No. 51679.**—Protests 121833–K, etc., of H. W. Brown et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.